UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEUTSCHE BANK NATIONAL,<br><br>           Plaintiff,<br>   v.<br>HORTENSIA L. MORALES,<br><br>           Defendant.<br>_____/ | No. C 10-02561 LB<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

Pending before the Court is Plaintiff's Motion to Remand. Upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge Beeler's jurisdiction. This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court whether they consent to Magistrate Judge Beeler' jurisdiction or request reassignment to a United States District Judge for trial. Each

C 10-02561

party shall file either a consent or declination form attached to this Order by <u>July 20, 2010</u>.

**IT IS SO ORDERED.**

Dated: July 6, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-02561

2

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEUTSCHE BANK NATIONAL,<br><br>      Plaintiff,<br><br>   v.<br><br>HORTENSIA L MORALES,<br><br>      Defendant.<br>_____/ | No. C 10-02561 LB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                                                            Signature

                                                                            Counsel for _____
                                                                            (Plaintiff, Defendant or indicate "pro se")

C 10-02561

3

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEUTSCHE BANK NATIONAL,<br><br>    Plaintiff,<br><br>    v.<br><br>HORTENSIA L MORALES,<br><br>    Defendant.<br>_____/ | No. C 10-02561 LB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____        Signature_____

                                                                  Counsel for _____
                                                                  (Plaintiff, Defendant, or indicate "pro se")

C 10-02561

4