UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEUTSCHE BANK NATIONAL,<br><br>      Plaintiff,<br>  v.<br>HORTENSIA L MORALES,<br>      Defendant.<br>_____/ | No. C 10-02561 LB<br><br>**ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION TO REMAND** |

On July 2, 2010, Plaintiff filed a Motion to Remand. Docket No. 3. Plaintiff noticed a hearing on the Motion for July 29, 2010. *Id.* at 1. According to Civil L.R. 7-2, "[A]ll motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Accordingly, the Court **HEREBY RESCHEDULES** the hearing on Plaintiff's Motion to Remand for September 2, 2010 at 11:00 a.m. Defendant's

///
///
///
///
///

C 10-02561
ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION TO REMAND

1  Opposition to Plaintiff's Motion to Remand is due by August 12, 2010.  Plaintiff's Reply is due by
2  August 19, 2010.
3      **IT IS SO ORDERED.**
4
5  Dated: July 8, 2010
6                                    LAUREL BEELER
                                  United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 10-02561
ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION TO REMAND
2